**UPF INNOVATIONS, LLC**
      **Plaintiff,**

**-vs-**                                                    **Case No.:**   1:18-cv-951

**NXP SEMICONDUCTOR NETHERLANDS**
**B.V., and NXP USA, INC. DBA NXP SEMICON**
      **Defendants.**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

      Comes now _____ **David C. Radulescu** _____, applicant herein, and
moves this Court to grant admission to the United States District Court for the Western District of
Texas *pro hac vice* to represent _____ **UPF Innovations, LLC** _____ in this case, and would
respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

_____ **Radulescu LLP** _____,

with offices at

      Mailing address:        **350 Fifth Avenue, Suite 6910**

      City, State, Zip Code:        **New York, NY 10118**

      Telephone:        **646-502-5950**

      Facsimile:        **646-502-5959**

2.      Since _____**1992**____ 🔢 , Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____**New York**_____ 🔢 .

Applicant's bar license number is _____**2499994**_____ .

3.      Applicant has been admitted to practice before the following courts:

Court:                                          Admission date:

**See Attached**_____            _____

_____            _____

_____            _____

_____            _____

4.      Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice): _____

**N/A**_____

_____

5.      Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

**N/A**_____

_____

6.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

**N/A**_____

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.  Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    | | |
    |---|---|
    | Co-counsel: | **Debra Coleman, Texas Bar No. 24059595** |
    | Mailing address: | **P.O. Box 161957** |
    | City, State, Zip Code: | **Austin, Texas 78716** |
    | Telephone: | **512-327-8933** |

9.  Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**David C. Radulescu**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____**David C. Radulescu**_____
[printed name of Applicant]

*David C. Radulescu*
_____
[signature of Applicant]

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **2nd** day of _____**November**_____, ____**2018**____.

_____**David C. Radulescu**_____
[printed name of Applicant]

*David C. Radulescu*
_____
[signature of Applicant]

# DAVID C. RADULESCU'S COURT ADMISSIONS

| Court | Date of Admission | Active/Inactive |
|---|---|---|
| United States District Court of the Eastern District of New York | 1/27/2003 | Active |
| United States District Court of the Southern District of New York | 11/4/1996 | Active |
| United States District Court of the District Court of Colorado | 7/10/2002 | Active |
| United States District Court of the Eastern District of Michigan | 3/28/2012 | Active |
| United States Court of Appeals for the Federal Circuit | 9/21/2011 | Active |
| United States District Court of the Eastern District of Texas | 9/18/2008 | Active |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**UPF INNOVATIONS, LLC**
    **Plaintiff,**

**-vs-**

    Case No.   1:18-cv-951

**NXP SEMICONDUCTOR NETHERLANDS
B.V., and NXP USA, INC. DBA NXP SEMICON**
    **Defendants.**

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**David C. Radulescu**_____ ("Applicant"), counsel for _____**UPF Innovations, LLC**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**UPF Innovations, LLC**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE