IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UPF INNOVATIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:18-cv-951-LY |
| | § | |
| NXP SEMICONDUCTOR NETHERLANDS B.V. and NXP USA, INC. dba NXP SEMICONDUCTORS USA, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before this Court is Defendants' Unopposed Motion For Extension of Time to Respond to Plaintiff's Amended Complaint.

After considering the motion, the motion is GRANTED. Defendants will have until February 11, 2019 to answer or otherwise respond to Plaintiff's Amended Complaint.

SIGNED this 2nd day of January 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE