IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UPF INNOVATIONS, LLC, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 1:18-cv-951-LY |
| NXP B.V. and NXP USA, INC. dba NXP SEMICONDUCTORS USA, INC., | § |
| Defendants. | § |

## ORDER

Before this Court is Defendants' Unopposed Motion For Extension of Time to Respond to Plaintiff's Amended Complaint.

After considering the motion, the motion is GRANTED. Defendants will have until April 26, 2019 to answer or otherwise respond to Plaintiff's Amended Complaint.

SIGNED this ____ day of March 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE